United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SANDRA WAGES,

          Plaintiff,

   v.

UNITED STATES OF AMERICA,

          Defendant.

Case No.  5:14-cv-04328 HRL

**ORDER GRANTING JOINT REQUEST TO STAY DISCOVERY AND DEFER RULING ON MOTION TO DISMISS**

In briefing on defendant's pending motion to dismiss, the parties jointly request that this court defer ruling on that motion until after the Supreme Court renders decisions in <u>Kwai Fun Wong v. United States</u>, 732 F.3d 1030 (9th Cir. 2013), cert. granted 134 S. Ct. 2873 (2014) and <u>June v. United States</u>, 550 Fed. Appx. 505 (9th Cir. 2013), cert. granted 134 S. Ct. 2873 (2014). They also request that this court stay discovery pending resolution of defendant's motion to dismiss.  Finding good cause, the court grants the parties' request as follows:

Defendant's motion to dismiss is taken off calendar.  The February 10, 2015 motion hearing is vacated, as is the March 31, 2015 case management conference.  The motion to dismiss will be administratively terminated, without prejudice to defendant to have the matter restored to this court's calendar following issuance of the Supreme Court's decisions.

Once the Supreme Court renders its decisions, the parties shall promptly file a notice with this court, along with a stipulated proposal re a schedule for a new motion hearing and any

supplemental briefing the parties may wish to submit.  (If they are unable to agree upon a further briefing and hearing schedule, the parties shall submit their separate proposed orders for the court's consideration.)

All discovery is stayed until defendant's motion to dismiss has been resolved.

SO ORDERED.

Dated:   January 26, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-04328-HRL Notice has been electronically mailed to:

James A. Scharf      james.scharf@usdoj.gov, mimi.lam@usdoj.gov

James F. McKiernan      jmckiernan@mckiernanlaw.com

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28